UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re: Aquatic Pools, Inc.
EIN: 85-0306000,

Debtor.                                                       No.

## DEBTOR'S BALANCE SHEET

See Attached.

                        Respectfully submitted,

                        **WILLIAM F. DAVIS & ASSOC., P.C.**
                        /s/ electronically filed 03/06/15
                        William F. Davis, Esq.
                        Attorneys for Debtor
                        6709 Academy NE, Suite A
                        Albuquerque, NM 87109
                        PH# (505) 243-6129
                        FX# (505) 247-3185

F:\Aquatic Pools, Inc\Pleadings\BalanceSheet.rb

# Aquatic Pools, Inc.
## Balance Sheet
### As of December 31, 2014

|  | Dec 31, 14 |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Checking/Savings** | |
|       a Paid By Cash | 144,651.58 |
|       Bank of Albuquerque-Gen5496 | 269.39 |
|       Bank of Albuquerque-PR5507 | -0.90 |
|       Bank of Albuquerque-Tax5518 | 0.94 |
|       Compass8297 | 31.43 |
|       First American Bank-Depos8310 | 1,545.98 |
|       First American Bank-PR 9111 | -0.62 |
|       First American Bank-Tax 6810 | 2,469.60 |
|       NMBT General | -0.93 |
|       NMBT New General | 3,353.11 |
|       NMBT Payroll | -0.54 |
|       NMBT Tax | -744.14 |
|     **Total Checking/Savings** | 151,574.90 |
|     **Accounts Receivable** | |
|       Accounts Receivable | 78,095.52 |
|       Payroll Advance | 2,500.00 |
|     **Total Accounts Receivable** | 80,595.52 |
|     **Other Current Assets** | |
|       Inventory | 16,758.00 |
|       Payroll Advances | -400.20 |
|     **Total Other Current Assets** | 16,357.80 |
|   **Total Current Assets** | 248,528.22 |
|   **Fixed Assets** | |
|     Construction Equipment | 2,714,099.91 |
|     Furniture and Equipment | 127,468.00 |
|     zAccumulated Depreciation | -2,570,347.00 |
|   **Total Fixed Assets** | 271,220.91 |
| **TOTAL ASSETS** | 519,749.13 |
| **LIABILITIES & EQUITY** | |
|   **Liabilities** | |
|     **Current Liabilities** | |
|       **Accounts Payable** | |
|         Accounts Payable | 334,366.14 |
|       **Total Accounts Payable** | 334,366.14 |
|       **Credit Cards** | |
|         **Credit Cards** | |
|           Capital One 6009 | 2,500.00 |
|           Capital One 8100 | 2,500.00 |
|           USAA Credit Card 2320 | 1,760.09 |
|           Visa 1685 | 16.85 |
|           Visa 6419 | 1,332.29 |
|         **Total Credit Cards** | 8,109.23 |
|         Felice | 3,967.28 |
|         Visa 5034 | 253.44 |
|       **Total Credit Cards** | 12,329.95 |

# Aquatic Pools, Inc.
## Balance Sheet
### As of December 31, 2014

|  | Dec 31, 14 |
|---|---:|
| **Other Current Liabilities** | |
|   Child Support | 560.08 |
|   Current Portion Long Term Debt | 45,000.00 |
|   Glenn Yates | 101,632.90 |
|   Gross Receipts Tax | 112,447.00 |
|   Payroll Liabilities | 582,231.23 |
|   PIT Payable | 22,247.09 |
| **Total Other Current Liabilities** | 864,118.30 |
| **Total Current Liabilities** | 1,210,814.39 |
| **Long Term Liabilities** | |
|   Diamler Chrysler | 24,900.00 |
|   GE COMM | 59,877.37 |
|   Jaguar Credit | 35,577.03 |
|   Shareholder | 89,159.00 |
|   USAA Vehicle Loan | -4,340.02 |
|   z Less Current Portion | -45,000.00 |
| **Total Long Term Liabilities** | 160,173.38 |
| **Total Liabilities** | 1,370,987.77 |
| **Equity** | |
|   Additional Paid In Capital | 389,188.00 |
|   Capital Stock | 1,000.00 |
|   Retained Earnings | -898,765.76 |
|   Shareholder Charitible Contribu | -300.00 |
|   Shareholder Distributions | |
|     Bank of America Mortgage | -7,149.14 |
|     Bayview Mortgage | -232,454.19 |
|     First Community Bank Mortgage | -9,583.00 |
|     K Yates | -65,484.13 |
|     Shareholder Distributions - Other | 55,960.79 |
|   **Total Shareholder Distributions** | -258,709.67 |
|   Shareholder Health Insurance | -4,982.00 |
|   Net Income | -78,669.21 |
| **Total Equity** | -851,238.64 |
| **TOTAL LIABILITIES & EQUITY** | 519,749.13 |